OPINION — AG — QUESTION: IS A SALESMAN OF NEW TRUCKS REQUIRED TO HAVE AN OKLAHOMA CHAUFFEUR'S LICENSE TO DRIVE A NEWLY SOLD TRUCK ON THE HIGHWAYS OF THIS STATE, BEARING A NEW TRUCK DISTRIBUTOR'S TEMPORARY TAG PURSUANT TO 47 O.S. 1961 22.30 [47-22.30](A), FOR THE PURPOSE OF DELIVERING THE TRUCK TO THE PURCHASER THEREOF? — NEGATIVE CITE: 47 O.S. 1961 6-104 [47-6-104](B) (FINIS STEWART)